IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PHYLLIS V. KNIGHTEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:03cv244-SRW |
| ) | (WO) |
| MICHAEL ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**JUDGMENT**

Upon consideration of the Commissioner's "additional and modified findings of fact" and fully favorable decision rendered on September 4, 2008, following this court's sentence six remand, it is the JUDGMENT, ORDER, and DECREE of this court that the decision of the Commissioner is AFFIRMED.

Done, this 25th day of August, 2009.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE